**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SPENCER D.B.,

                    Plaintiff,

    -against-                                                           23 **CIVIL** 8425 (GRJ)

                                                                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 04, 2024, Plaintiff's Motion for Remand, construed as a motion for judgment on the pleadings is DENIED; the Commissioner is GRANTED judgment on the pleadings; and this case is DISMISSED. Judgment is hereby entered in favor of the Commissioner and the case is closed.

**Dated:**  New York, New York

        November 04, 2024

                                                                        **DANIEL ORTIZ**
                                                                **Acting Clerk of Court**

                                           **BY:**
                                                                  **Deputy Clerk**